# Court of Appeals of the State of Georgia

ATLANTA,  July 16, 2026

*The Court of Appeals hereby passes the following order:*

## A26A2416. SHUNDY HICKS v. DAVID STOKES, WARDEN.

Shundy Hicks filed a petition for habeas corpus, which the superior court denied. Hicks then filed this direct appeal. Under our Constitution, however, the Supreme Court of Georgia has exclusive appellate jurisdiction over all cases involving habeas corpus. See Ga. Const. 1983, Art. VI, Sec. VI, Par. III(4). Accordingly, this appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  07/16/2026

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*